**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br>      Plaintiff<br><br>v.<br><br>DEPARTMENT OF STATE,<br>      Defendant. | Civil Action No. 15-0003 (CKK) |

**ORDER**

This case comes before the Court upon the filing of Defendant's Answer to Plaintiff's Complaint in which Defendant admits that the Department of State has not issued a final response to Plaintiff's FOIA request, filed June 3, 2014. In light of this filing, it is this 13th day of February, 2015, hereby

**ORDERED** that the parties shall MEET AND CONFER and file a Joint Status Report proposing a schedule for proceeding in this matter. The schedule should address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, etc. The parties shall file the schedule not later than March 15, 2015.

**SO ORDERED.**

                                                                          */s/*
                                                      COLLEEN KOLLAR-KOTELLY
                                                      United States District Judge